Grand Lodge, Knights of Pythias of Florida, a Corporation, Plaintiff in Error, v. Henry N. Farnell, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Duval.

Writ of Error dismissed on motion of counsel for plaintiff in error.

*N. P. Bryan and S. D. McGill,* for Plaintiff in Error;

No appearance for Defendant in Error.